UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| DAVID L. HOUSTON, | ) | | |
|---|---|---|---|
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:20-CV-491-RLJ-DCP |
| SGT. KIDD, OFFICER SPARKS, and OFFICER KAEELER, | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, Defendants' motion to dismiss [Doc. 28] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
/s/ LeAnna R. Wilson
CLERK OF COURT